1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   BROCK H. LUNSFORD (No. 201740)
4  Special Assistant United States Attorney
   Domestic Security and Immigration Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-8611
7       Facsimile: (213) 894-0141
        E-mail: Brock.Lunsford@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
MAR 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

10                UNITED STATES DISTRICT COURT
11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,    ) No. 07-2153M
                                )
13         Plaintiff,            ) PROPOSED FINDINGS AND ORDER
                                )
14         v.                    )
                                )
15 JOSE JAIME HERNANDEZ         )
   SOTELO,                       )
16                              )
           Defendant.            )
17                              )

18
19
20            PROPOSED FINDINGS & ORDER
21    GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the
22 findings of fact stipulated to by the parties and finds that the
23 interests of justice outweigh the defendant's and the public's
24 right to the commencement of trial in accordance with the Speedy
25 Trial Act, 18 U.S.C. § 3161.
26    The Court further finds that the time between March 27,
27 2008, and April 14, 2008, inclusive, is excludable pursuant to 18
28 U.S.C. § 3161(h)(8)(A) & (B). Nothing in this stipulation and
   order shall preclude a finding that other provisions of the

1  Speedy Trial Act dictate that additional time periods are
2  excludable from the period within which charges must be filed and
3  trial must commence.
4      IT IS THEREFORE ORDERED that the Post-Indictment Arraignment
5  scheduled for March 31, 2008, shall be continued to April 14,
6  2008, at 8:30 a.m.
7
8  DATED: March 27, 2008
9
10
11  UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28